1028

[No. 50518-1-I.   Division One.   March 31, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN JOHN SANDS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00591-2, Richard J. Thorpe, J., entered May 21, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50542-4-I.   Division One.   March 31, 2003.]

RICHARD M. BRUNHAVER, ET AL., *Respondents*, v. ELAINE ADAIRRE ROCHE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-20375-1, Suzanne M. Barnett, J., entered May 2, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker, C.J., and Cox, J.

[No. 50629-3-I.   Division One.   March 31, 2003.]

CHISM JACOBSON AND JOHNSON, P.L.L.C., ET AL., *Respondents*, v. JAMES HINTON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-15264-5, J. Kathleen Learned, J., entered May 31, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50650-1-I.   Division One.   March 31, 2003.]

THE STATE OF WASHINGTON, *on the relation of Alexis Anne Flanegan, et al., Respondent*, v. FRANK HOWARD FLANEGAN, *Appellant*, SARA LYNN PATTERSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-3-00352-8, Terence Lukens, J., entered April 19, 2002. *Remanded* by unpublished per curiam opinion.